IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES of AMERICA | * | |
| --- | --- | --- |
| | * | |
| vs. | * | 1:17CR077 |
| | * | |
| ALTON CARRAWAY, JR. | * | |
| | * | |
| Defendant. | * | |

ORDER GRANTING MOTION FOR LEAVE OF ABSENCE

WHEREAS, application for leave of absence has been requested by Kathryn A. Brow, for the period of March 1, 2018 through and including March 5, 2018, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received,

IT IS HEREBY ORDERED that said Motion for Leave of Absence is granted.

SO ORDERED this 1st day of February, 2018.

HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA